**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3**
**Eastern Division**

Julie Campos

                Plaintiff,

v.                                              Case No.: 1:22–cv–02777
                                                      Honorable Sara L. Ellis

City of Chicago, et al.

                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, December 1, 2022:

      MINUTE entry before the Honorable Sara L. Ellis: Pursuant to stipulation to dismiss [41] this case is dismissed without prejudice to be automatically converted to dismissal with prejudice 75 days from the entry of the Agreed Order of Dismissal, unless a party has moved to extend this date prior to the expiration of the 75 days. Civil case terminated. Mailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.