IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Julie Campos, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 22-cv-02777 |
| | ) | |
| v. | ) | Judge Sara L. Ellis |
| | ) | |
| City Of Chicago, Eric Taylor, | ) | |
| and Treacher Howard, | ) | |
| | ) | |
| Defendants. | ) | |

**AGREED ORDER OF DISMISSAL**

This matter coming before the Court on the Stipulation of the parties, the City of Chicago and Plaintiff having reached agreement to settle this matter, and the respective parties being represented by counsel, Plaintiff, Julie Campos, by one of her attorneys, Joshua Mitchell Levin; Defendant, City of Chicago, by its attorney, Celia Meza, Corporation Counsel of the City of Chicago; Officer Defendants, Eric Taylor and Treacher Howard, by its attorney, Michelle McGee, Assistant Corporation Counsel of the City of Chicago, the Court being otherwise fully advised in the premises, orders as follows:

All of the claims of Plaintiff, Julie Campos, against Defendant City of Chicago and Officer Defendants Eric Taylor and Treacher Howard are hereby dismissed without prejudice, to be automatically converted to dismissal with prejudice 75 days from the entry of this order, unless a party has moved to extend this date prior to the expiration of the 75 days. Each side shall bear its own costs and attorneys' fees.

ENTERED:_____
The Honorable Sara L. Ellis
United States District Judge
DATED:____December 22, 2022_____